FILED 23 OCT '26 10:16 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

STEPHEN D. BENNETT
*(Enter full name of plaintiff)*

Plaintiff,

v.

Warden Sheridan Complex
BOP Co. Moody
BOP Co. Sprowce
*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:26-cv-02334-MTK
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☑ Yes ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Stephen D. Bennett #00124-512
Street Address: P.O. BOX 6000, FDC Sheridan
City, State & Zip Code: Sheridan Oregon 97378
Telephone No.: ______

**Defendant No. 1**
Name: BOP C.O. Sprowce
Street Address: 27072 Balston Rd
City, State & Zip Code: Sheridan Or 97378
Telephone No.: ______

**Defendant No. 2**
Name: BOP CO MOODY
Street Address: 27072 Balston Rd
City, State & Zip Code: Sheridan, Or. 97378
Telephone No.: ______

**Defendant No. 3**
Name: Warden Sheridan Complex
Street Address: 27072 Balston Rd.
City, State & Zip Code: Sheridan, Or. 97378
Telephone No.: ______

**Defendant No. 4**
Name: ______
Street Address: ______
City, State & Zip Code: ______
Telephone No.: ______

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

First Amendment right of Attorney-Client privilege communication
Sixth Amendment right of Attorney-Client privilege communication
BOP POLICY statute §5800.16, Mail Management Program Statement

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

BOP Employee's C.O. Sprowce and C.O. Moody opened, read, copied, Plaintiffs clearly marked legal mail, outside of his presence, in violation of Plaintiffs First Amendment right to Attorney-Client privileged Communication which has caused a chilling effect to Plaintiff Communication with his criminal defense attorney.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

BOP employee's, at FDC Sheridan, CO Sprowce and C.O. Moody opened, read, copied Plaintiffs

legal mail, outside his presence, in violation of Plaintiff's Sixth Amendment right to Attorney-Client privileged communication which has caused a chilling effect in Plaintiff's communication with his criminal defense attorney.

Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

***(If you have additional claims, describe them on another piece of paper, using the same outline.)***


Complaint for Violation of Civil Rights
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑ Yes ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

Plaintiff ask the Court to declare Defendants handling of his legal mail Unconstitutional. Plaintiff request that the Court Grant Judgement in Defendants professional capacity in the sum of $10,000,000.00 Plaintiff request that the Court, Grant Judgement in Defendants personal capacity in the amount of $10,000,000.00 That the Court Grant an award to Plaintiff of Compensatory and punative damages that is deemed Just.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 day of October, 2026.

Stephen D. Bennett
*(Signature of Plaintiff)*

Stephen D. Bennett